```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/7/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ARTIST PUBLISHING GROUP, LLC d/b/a
APG, KMA ASSETS II LIMITED, KOBALT
MUSICPUBLISHING AMERICA, INC. d/b/a
KMPA, MXM MUSIC AB d/b/a
MXM, and PRESCRIPTION SONGS, LLC,

                Plaintiffs,

- against -

MINNESOTA TIMBERWOLVES BASKETBALL
LIMITED PARTNERSHIP d/b/a MINNESOTA
TIMBERWOLVES and DOES 1-10,

                Defendants.

24 Civ. 5458(VM)

**ORDER**

**VICTOR MARRERO, United States District Judge.**

The parties are directed to submit a joint letter no later than November 22, 2024, addressing the following in separate paragraphs: (1) a brief description of the case, including the factual and legal bases for the claim(s) and defense(s); (2) any contemplated motions; (3) the prospect for settlement; and (4) whether the parties consent to proceed for all purposes before the Magistrate Judge designated for this action. The parties are also directed to submit a completed Case Management Plan. The Case Management Plan must provide that discovery is to be completed within four months unless otherwise permitted by the Court. A model Case Management Plan is available on the Court's website: https://nysd.uscourts.gov/hon-victor-marrero.

**SO ORDERED.**

Dated: November 7, 2024
      New York, New York

_____
Victor Marrero
U.S.D.J.